United States District Court
Southern District of Texas
ENTERED
September 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN TRAYER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-00918 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE HELD ON September 16, 2019 at 8:30 AM**

Appearances: Madison Tate Donaldson
Iwana Rademaekers

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | N/A |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | January 10, 2020 |
| Report furnished by: | January 10, 2020 |
| Defendant's experts to be designated by: | January 24, 2020 |
| Report furnished by: | January 24, 2020 |
| Discovery to be completed by: | January 30, 2020 |
| Dispositive motions due by: | March 1, 2020 |
| Docket call to be held at 11:30 AM on: | May 4, 2020 |
| Estimated trial time: 1-2 days | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 16th day of September, 2019.

Kenneth M. Hoyt
United States District Judge